UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS HALL,

                Plaintiff,

     -against-

HOFSTRA UNIVERSITY,

                Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

**Case No. 2:20-cv-2638 (JS-ST)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendant Hofstra University discloses:

Hofstra University does not have a parent corporation or publicly held stock.

Dated:     October 6, 2020

BOND, SCHOENECK & KING, PLLC

By:    s/ Suzanne Messer
      Suzanne M. Messer, Esq.
*Attorney for Defendant Hofstra University*
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8628
Facsimile: (315) 218-8100
Email: smesser@bsk.com

3616645.1