# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | February 9, 2021 |
| TIME: | 3:00 P.M. |
| DOCKET NUMBER(S): | CV-20-2638 (JS) |
| NAME OF CASE(S): | Hall v. Hofstra University |
| FOR PLAINTIFF(S): | Kaplan |
| FOR DEFENDANT(S): | Harshbarger |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | N/A |

RULINGS FROM Settlement Conference:

Settlement discussions were held but the parties were unable to reach a disposition at this time. Parties will advise the Court when a further settlement conference would be productive.