# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | November 22, 2021 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-20-2638 (JS) |
| **NAME OF CASE(S):** | **HALL V HOFSTRA UNIVERSITY** |
| **FOR PLAINTIFF(S):** | Kaplan |
| **FOR DEFENDANT(S):** | Harshbarger |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

## RULINGS FROM SETTLEMENT CONFERENCE:

Settlement discussions were held but the parties were unable to reach a disposition at this time. Parties will continue discussions and file a joint status letter by November 30, 2021 indicating whether the parties would like to have a further settlement conference either in person or by telephone.