

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**LAURA H. HARSHBARGER, ESQ.**
lharshbarger@bsk.com
P: 315.218.8314
F: 315.218.8100

November 30, 2021

**VIA CM/ECF**

Magistrate Judge Steven L. Tiscione
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Thomas Hall v. Hofstra University*
     Case No.: 2:20-cv-2638 (JS-ST)

Dear Magistrate Judge Tiscione:

This responds to the Court's order for a status report in the above-referenced case.

The parties have had continued discussions and have an agreement in principle which will result in the filing of a stipulation of dismissal with prejudice. No later than December 14, 2021, the parties either will file a stipulation of dismissal or another status report.

Respectfully submitted

BOND, SCHOENECK & KING, PLLC

Laura H. Harshbarger, Esq.

LHH/clb

cc: Susan Kaplan, Esq. (*via CM/ECF*)