UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS HALL,

                              Plaintiff,                              **STIPULATION OF**
                                                                     **DISCONTINUANCE**

              v.                                                    Civil Action No. 2:20-cv-2638 (JS-ST)

HOFSTRA UNIVERSITY,

                              Defendant.

---

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys for Plaintiff and attorneys for Defendant, that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed, and no person

not a party has an interest in the subject matter of the action, this action is hereby

discontinued, on the merits, with prejudice, and without costs to either party against the

other. This stipulation may be filed without further notice with the Clerk of the Court.


THE KAPLAN LAW OFFICE                          BOND, SCHOENECK & KING, PLLC

By:_____                   By:_____
     Susan R. Kaplan, Esq.                          Laura H. Harshbarger (509779)

Office and Post Office Address                 Office and Post Office Address
30 Wall Street, 8th Floor                      One Lincoln Center
New York, New York 10005                       Syracuse, New York 13202
Telephone: 347.683.2505                        Telephone: 315.218.8314
Email: skaplan@lawkaplan.com                   Email: lharshbarger@bsk.com

*Attorneys for Plaintiff*                      *Attorneys for Defendant*

Dated:_____   Dated:_____

**SO ORDERED this _____ day of _____, 2021**

13394777.2 12/2/2021